

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00283-CV

**IN RE ELIZABETH BENAVIDEZ ELITE AVIATION, INC.**

Original Mandamus Proceeding[1]

**ORDER**

On May 2, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 15, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CVK002669-D3, styled *Laredo Jet Center, LLC v. City of Laredo, et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.